1  Robert P. Lewis, Jr., Cal. S. B. No. 057624
   LAW OFFICE OF ROBERT P. LEWIS, JR.
2  2596 Mission Street, Suite 300
   San Marino, California 91108-1679
3  Telephone:     (213) 623-2297
   Facsimile:     (626) 403-6442
4  e-Mail:        rpljr@rplewislaw.net

5  Counsel for Plaintiff

                                                Closed

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDILE BROTHERS MUSHROOM PKG., INC., a Pennsylvania corporation, | Case No. 2:12-cv-308 JFW (AJWx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| F & F BUSINESS MANAGEMENT SERVICES, INC., d/b/a F & F PRODUCE; FARSHAD HEDAYATI, an individual | |
| Defendants. | |

   Pursuant to the terms of the Stipulation herein and the Order thereon on file herein, this Court is to enter this Judgment upon the filing of a Declaration by Plaintiff's counsel which states that payment has not been made by Defendants as required by said Stipulation and that Defendants, and each of them, have failed to cure the default in payment. Upon consideration of the Declaration filed by Plaintiff's counsel that Defendants, and each of them, have failed to make payment in accordance with the Stipulation and

1.
_____
**[PROPOSED] JUDGMENT**

Order thereon, it,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff CARDILE BROTHERS MUSHROOM PKG., INC., a Pennsylvania corporation, is a valid trust beneficiary of Defendants F & F BUSINESS MANAGEMENT SERVICES, INC., d/b/a F & F PRODUCE; FARSHAD HEDAYATI, an individual, jointly and severally, for a debt in the amount of $63,014.00, plus interest in the amount of $5,407.92 and attorneys fees in the amount of $1,500.00, under Section 5(c) of the Perishable Agricultural Commodities Act ("PACA",) 7 U.S.C. § 499e(c); and it is further:

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff CARDILE BROTHERS MUSHROOM PKG., INC., a Pennsylvania corporation, and against Defendants F & F BUSINESS MANAGEMENT SERVICES, INC., d/b/a F & F PRODUCE; FARSHAD HEDAYATI, an individual, jointly and severally, in the principal amount of $63,014.00, plus interest in the amount of $5,407.92, plus attorneys fees in the amount of $1,500.00, for a total judgment amount of $69,921.92 under the trust provisions of the PACA, 7 U.S.C. § 499e(c) plus daily interest at the rate of $31.08 from November 1, 2012.

Date: November 6, 2012

_____
John F. Walter
United States District Judge

Robert P. Lewis, Jr.
2596 Mission St., Suite 300
San Marino, CA 91108-1679
(213) 623-2297