1  Robert P. Lewis, Jr., Cal. S. B. No. 057624
   LAW OFFICE OF ROBERT P. LEWIS, JR.
2  2596 Mission Street, Suite 300
   San Marino, California 91108-1679
3  Telephone:       (213) 623-2297
   Facsimile:       (626) 403-6442
4  e-Mail:          rpljr@rplewislaw.net

5  Counsel for Plaintiff

6
                                                            Closed
7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11 CARDILE BROTHERS MUSHROOM    )   Case No. 2:12-cv-308 JFW (AJWx)
   PKG., INC., a Pennsylvania   )
12 corporation,                 )   **JUDGMENT**
                                )
13           Plaintiff,         )
                                )
14      vs.                     )
                                )
15 F & F BUSINESS MANAGEMENT    )
   SERVICES, INC., d/b/a F & F  )
16 PRODUCE; FARSHAD HEDAYATI, an)
   individual                   )
17                              )
                                )
18           Defendants.        )
                                )
19 _____)

20

21      Pursuant to the terms of the Stipulation herein and the Order
22 thereon on file herein, this Court is to enter this Judgment upon
23 the filing of a Declaration by Plaintiff's counsel which states
24 that payment has not been made by Defendants as required by said
25 Stipulation and that Defendants, and each of them, have failed to
26 cure the default in payment. Upon consideration of the Declaration
27 filed by Plaintiff's counsel that Defendants, and each of them,
28 have failed to make payment in accordance with the Stipulation and

Robert P. Lewis, Jr.
2596 Mission St., Suite 300
San Marino, CA 91108-1679
(213) 623-2297

1.
_____
**[PROPOSED] JUDGMENT**

Robert P. Lewis, Jr.
2596 Mission St., Suite 300
San Marino, CA 91108-1679
(213) 623-2297

1  Order thereon, it,

2  **ORDERED, ADJUDGED AND DECREED** that Plaintiff CARDILE BROTHERS
3  MUSHROOM PKG., INC., a Pennsylvania corporation, is a valid trust
4  beneficiary of Defendants F & F BUSINESS MANAGEMENT SERVICES, INC.,
5  d/b/a F & F PRODUCE; FARSHAD HEDAYATI, an individual, jointly and
6  severally, for a debt in the amount of $63,014.00, plus interest in
7  the amount of $5,407.92 and attorneys fees in the amount of
8  $1,500.00, under Section 5(c) of the Perishable Agricultural
9  Commodities Act ("PACA",) 7 U.S.C. § 499e(c); and it is further:

10  **ORDERED, ADJUDGED AND DECREED** that judgment is entered in
11  favor of Plaintiff CARDILE BROTHERS MUSHROOM PKG., INC., a
12  Pennsylvania corporation, and against Defendants F & F BUSINESS
13  MANAGEMENT SERVICES, INC., d/b/a F & F PRODUCE; FARSHAD HEDAYATI,
14  an individual, jointly and severally, in the principal amount of
15  $63,014.00, plus interest in the amount of $5,407.92, plus
16  attorneys fees in the amount of $1,500.00, for a total judgment
17  amount of $69,921.92 under the trust provisions of the PACA, 7
18  U.S.C. § 499e(c) plus daily interest at the rate of $31.08 from
19  November 1, 2012.

21  Date: November 6, 2012

                                    _____
                                    John F. Walter
                                    United States District Judge

2.
_____
**[PROPOSED] JUDGMENT**